IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-cv-377-FL

NANCY PARKER PARSON, *as trustee of the Talbot F. Parker, Jr. Irrevocable Life Insurance Trust dated 13 June 1983*,

Plaintiff

v.

CANADA LIFE ASSURANCE COMPANY, *f/k/a Crown Life Insurance Company;* and GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

Defendants.

**PLAINTIFF'S NOTICE OF SELF-REPRESENTATION**

FILED
SEP 16 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Plaintiff Nancy Parker Parson, as Trustee of the Talbot F. Parker, Jr. Irrevocable Life Insurance Trust Dated 13 June 1983, hereby gives notice of self-representation, and informs the Court that she is acting as a *Pro Se* party in this matter. All papers to be served on Plaintiff may be mailed to her by first-class mail at the mailing address shown below, which is also her street address. Plaintiff agrees that is she completes and submits a Pro Se Consent & Registration Form to receive documents electronically that all court papers may be emailed to her at the address shown below.

Pursuant to Fed. R. Civ. P. 5(d), Plaintiff understands that she is responsible for serving on all other parties that appear in this action a copy of every paper that she files and that she must file a certificate of service with each filing that states that Plaintiff has served all other parties.

This 11th day of SEPTEMBER 2019.

Respectfully submitted,

**NANCY PARKER PARSON, TRUSTEE**

_____ TRUSTEE
Nancy Parker Parson, Trustee
**PRO SE PLAINTIFF**

NANCY PARKER PARSON, TRUSTEE
3064 Wellington Court, Atlanta, GA 30339
Telephone: (404) 355-5900
Email: npparson@gmail.com

## CERTIFICATE OF SERVICE

Case No. 5:19-cv-377-FL

This is to certify that a copy of **PLAINTIFF'S NOTICE OF SELF-REPRESENTATION** has been served upon the parties by depositing a copy thereof in the United States mail, first-class postage pre-paid, addressed to the following:

> WOMBLE BOND DICKINSON (US) LLP
> Elizabeth J. Bondurant, Esq.
> Jesse A. Schaefer, Esq.
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601
>
> *Counsel for Defendants Canada Life Assurance Company and Great-West Life & Annuity Insurance Company*

This the 11th day of SEPTEMBER, 2019.

Nancy Parker Parson, Trustee — TRUSTEE
PRO SE PLAINTIFF
3064 Wellington Court
Atlanta, GA 30339
Telephone: (404) 355-5900
Email: npparson@gmail.com