## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**Case No.** 5:19-cv-377-FL

FILED

SEP **1 6** 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

NANCY PARKER PARSON, as Trustee ... )

Plaintiff(s), )

)

vs )

)

CANADA LIFE and GREAT-WEST LIFE, )

Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

NANCY PARKER PARSON, TRUSTEE who is PLAINTIFF ,

(name of party)          (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯          NO ⦿

2. Does party have any parent corporations?

    YES ◯          NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◯          NO ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯          NO ◉

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

N/A

Signature: Nancy Parker Parson, Trustee

Date:      September 8, 2019

*Nancy Parker Parson*
*TRUSTEE*
*Plaintiff PRO SE*
*Sept. 11, 2019*

## CERTIFICATE OF SERVICE

Case No. 5:19-cv-377-FL

This is to certify that a copy of **PLAINTIFF'S FINANCIAL DISCLOSURES** has been served upon the parties by depositing a copy thereof in the United States mail, first-class postage pre-paid, addressed to the following:

> WOMBLE BOND DICKINSON (US) LLP
> Elizabeth J. Bondurant, Esq.
> Jesse A. Schaefer, Esq.
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601
>
> *Counsel for Defendants Canada Life Assurance Company and Great-West Life & Annuity Insurance Company*

This the ⎍⎍ day of SEPTEMBER, 2019.

Nancy Parker Parson, Trustee
PRO SE PLAINTIFF
3064 Wellington Court
Atlanta, GA 30339
Telephone: (404) 355-5900
Email: npparson@gmail.com